B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
### For The Northern District of Illinois (Eastern Division)

In re:  Case No. 20-11954

DENNIS JAMES PRZYBYLSKI
GENIE LYN PRZYBYLSKI

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V | Freedom Mortgage Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Court Claim # (if known): 19
Amount of Claim: 230,159.21
Date of Claim Filed: 07/06/2020

Phone: 888-504-6700
Last Four Digits of Acct #: 2854

Phone: 317-537-3005
Last Four Digits of Acct #: 7140

Name and Address where transferee payments should be sent (if different than above):
Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle Ghidotti as "Authorized Representative of Creditor"
     Date: June 20, 2022
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**Rushmore Loan Management Services**
P.O. Box 55004
Irvine, CA 92619
888-504-6700 | www.rushmorelm.com

April 18, 2022

------ manifest line ---------
DENNIS J PRZYBYLSKI
GENIE L PRZYBYLSKI
2603 ROURKE DR
AURORA, IL  60503

**Account Information**
**Your New Rushmore Loan Number:**

**Property Address:**
2603 Rourke Dr Aurora IL 60503

Dear Dennis J Przybylski:

Welcome to Rushmore Loan Management Services LLC (Rushmore)!

This letter includes important information about the transfer of servicing of your mortgage loan, interacting with us, managing your payments, and setting up online or mobile app access for convenient account management. We look forward to meeting your loan servicing needs.

The servicing of your mortgage loan was transferred, effective 04/11/2022. This means that after this date, a new servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

Rushmore is now collecting your payments. Freedom Mortgage Corporation stopped accepting payments received from you after 04/11/2022. Rushmore will collect your payments going forward and will start accepting payments received from you on 04/11/2022. Payments made to Freedom Mortgage Corporation before 04/11/2022 will be applied to your loan or forwarded to Rushmore.

If you have any questions for either your present servicer, Freedom Mortgage Corporation, or your new servicer, Rushmore, about your mortgage loan or this transfer, please contact them using the information below:

| **PRIOR SERVICER** |
|---|
| Freedom Mortgage Corporation |
| P.O. Box 50485 |
| Indianapolis, IN 46250 |
| Customer Service Department |
| 855-690-5900 |
| Monday - Friday 8:00 am - 10:00 pm and Saturday 9:00 am - 6:00 pm EST |
| **CURRENT SERVICER** |
| Rushmore Loan Management Services LLC |
| 15480 Laguna Canyon Rd., Suite 100 |
| Irvine, CA 92618 |
| Customer Care Department |
| (888) 504-6700 |
| Mon - Thurs 6:00 am to 7:00 pm and Friday 6:00 am to 6:00 pm PT. |

NMLS ID: 185729

**Important Note about Mortgage Life or Disability Insurance**: If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following way:

Rushmore does not collect and remit any type of optional insurance to your insurance company. Any premiums for any such optional policy that was being collected and remitted by your previous servicer will be discontinued by Rushmore as of the effective date of the transfer of servicing. If you wish to retain such optional insurance, you should contact your optional product service provider about your ability to continue such insurance and how to make premium payments.

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your previous servicer before its due date may not be treated by the new servicer as late, and a late charge fee may not be assessed.

The transfer of servicing does not affect any term or condition of the mortgage loan other than terms directly related to the servicing of the loan. The most important things that change regarding the servicing of your mortgage are the account number, how and to whom payments are made, and how to access your account online or over the phone.

| **About your payments** |
|---|
| Rushmore starts accepting payments for your loan on 04/11/2022.<br><br>Payments made to Freedom Mortgage Corporation before 04/11/2022 will be applied to your loan or forwarded to Rushmore.<br><br>Freedom Mortgage Corporation was unable to transfer your automatic recurring payments to Rushmore. To set up automatic recurring payments from your bank visit MyRushmoreLoan.com to get set up. See Online Account Access information below for more information.<br><br>In addition, your prior servicer should also notify your homeowner's insurance company to update the mortgagee clause on your policy to reflect Rushmore. We recommend checking with your insurance company to verify the update has been made.<br><br>If you set up online Bill Payment with your bank, please update the payee information to Rushmore at:<br>    Rushmore Loan Management Services LLC<br>    P.O. Box 514707<br>    Los Angeles, CA 90051-4707 |



**Online Account Access**

Visit **MyRushmoreLoan.com** to enjoy the benefits of online access to your mortgage.

Register | One-Time Payment | Recurring Payment | Paperless Statement & Documents | Submit a Question

**Important note:** If you entered into an approved loss mitigation plan with your prior loan servicer, or if you had a loss mitigation application in process with your prior servicer, please call Rushmore immediately, toll-free, at 844-248-8169. Together we can confirm your loss mitigation plan information, or application and documentation, were properly transferred to Rushmore.

We encourage you to keep a copy of this letter. A digital copy is available in our online Documents center at MyRushmoreLoan.com. If you need to reach us for any matter please see the quick reference chart below.

We're happy to have you as a customer and look forward to serving you.

Sincerely,

Customer Care Department
Rushmore Loan Management Services LLC

AQ199 | ACQ